UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SHARON L. SNYDER,**<br><br>Plaintiff,<br><br>-vs-<br><br>**MONARCH RECOVERY MANAGEMENT, INC., a.k.a. ACADEMY COLLECTION SERVICE, INC.,**<br><br>Defendants. | *Civil Action No. 10-CV-6494* |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sharon L. Snyder hereby voluntarily dismisses the present action against Defendant Monarch Recovery Management, Inc., a.k.a. Academy Collection Service, Inc., with prejudice, and each side to bear its own costs.

Date: April 19, 2011

/s/Frank J. Borgese
Frank J. Borgese, Esq.
Graham Law, P.C.
*Attorneys for the Plaintiff*
1207 Delaware Ave., Suite 202
Buffalo, New York 14209
fborgese@grahamlawpc.com
716.200.1520